Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NIKI SHARMA, individually,<br><br>    Plaintiff,<br><br>    v.<br><br>IMBUE LLC, a Washington Limited Liability Company; LINQUISITIVE LLC, a Washington Limited Liability Company; ASHKON NIMA; DANIEL TAYLOR; LEAH COHEN-SAPIDA; JOHN DOE and JANE DOES 1-4; and DOE CORPORATIONS 1-2; jointly and severally,<br><br>    Defendants. | NO. 2:18-cv-01096<br><br>**STIPULATION TO EXTEND CERTAIN CASE DEADLINES AND ORDER**<br><br>**NOTE ON MOTION CALENDAR**<br><br>October 4, 2018 |

## I.    STIPULATION

WHEREAS, pursuant to the Court's Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Doc. 8), the deadline for the FRCP 26(f) Conference was September 24, 2018, the deadline for Initial Disclosures was October 1, 2018, and the deadline for the Combined Joint Status Report and Discovery Plan is October 9, 2018;

IT IS HEREBY STIPULATED by and between all parties, through their respective counsel, that the dates for Initial Disclosures, submissions of the Combined Joint Status Report and Discovery Plan and filing of Answers shall be as follows:

The deadline for FRCP 26(f) conference is extended to October 9, 2018

The Initial Disclosures deadline is extended to October 15, 2018;

STIPULATION TO EXTEND CERTAIN CASE DEADLINES AND
ORDER – 1
(2:18-cv-01096)

The Combined Joint Status Report and Discovery Plan is extended to October 23, 2018; and

Respectfully submitted:

DATED this 4th day of October, 2018.

      *s/ Natalya P. Maze*
Natalya P. Maze WSBA No. 43099
Attorneys for Defendants
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215

DATED this 4th day of October, 2018

      *s/ Amy F. Miller*
Amy F. Miller WSBA No. 40620
Attorneys for Plaintiff
GLP Attorneys, P.S., INC.
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
Phone: (206) 448-1992
Facsimile: (206) 448-4640

## II. ORDER

It is so ordered.

Dated this 5th day of October, 2018.

      *[signature]*
The Honorable Marsha J. Pechman
United States Senior District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2018, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
Amy F. Miller WSBA No. 40620
Attorneys for Plaintiff
GLP Attorneys, P.S., INC.
2601 Fourth Avenue, Floor 6
Seattle, WA 98121
Phone: (206) 448-1992
Facsimile: (206) 448-4640
afmiller@glpattorneys.com

DATED this 4th day of October, 2018.

                        *s/ Andrea Williams*
                        Legal Assistant